RECEIVED
AUG 2 2 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

09 CR 00172-05

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 6:14-cv-02188 |
| VS. | JUDGE RICHARD T. HAIK, SR. |
| TY ANTHONY WILLIAMS | MAGISTRATE C. MICHAEL HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, *R. 367*, and after an independent review of the record including the objections filed by petitioner, *R. 368*, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition is **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claim is barred by the one-year limitation period codified at 28 U.S.C. §2255(f). [Rec. Doc. 366].

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 21st day of August, 2014.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE